**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 14-cv-9182 |
| v. | ) ) ) | |
| MANAGED CARE ADMINISTRATORS SERVICES, INC., doing business as MANAGED CARE ADMINISTRATORS, and STONE HILL & ASSOCIATES INSURANCE BROKERAGE, INC., doing business as STONE HILL NATIONAL, and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) | Honorable Judge Wood Magistrate Judge Rowland |
| Defendants. | ) | |

**FED.R.CIV.P. 41(a)(1)
<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Glen Ellyn Pharmacy, Inc. ("Plaintiff"), hereby dismisses its individual claims against Defendants, Managed Care Administrators Services, Inc., doing business as Managed Care Administrators ("Managed Care"), and Stone Hill & Associates Insurance Brokerage, Inc., doing business as Stone Hill National ("Stone Hill") without prejudice, with each party bearing its own costs. Plaintiff's class claims against Defendants are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

    I, Dulijaza Clark, certify that on January 6, 2015, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served as indicated on the following parties:

    Via U.S. Mail on the following parties:

>Managed Care Administrators Services, Inc.
>C/O Registered Agent: Greg Hill
>257 E. 200 South, Suite 100
>Salt Lake City, UT 84111
>
>Stone Hill & Associates Insurance Brokerage, Inc.
>C/O Registered Agent: Jeff Jones
>257 E. 200 South, Suite 100
>Salt Lake City, UT 84111

    Via U.S. Mail and email on the following party:

>Mitchell A. Stephens
>Hatch, James & Dodge, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>email: mstephens@hjdlaw.com

                                                              /s/ Dulijaza Clark
                                                              Dulijaza (Julie) Clark

Daniel A. Edelman
Michelle R. Teggelaar
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)