## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Glen Ellyn Pharmacy, Inc.

                    Plaintiff,

v.                                                    Case No.: 1:14−cv−09182

                                                          Honorable Andrea R. Wood

Managed Care Administrators Services, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 16, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff having filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [16], Plaintiff's individual claims are dismissed without prejudice and with each party bearing its own attorneys' fees and costs. Plaintiff's class claims are also dismissed without prejudice and without costs. The status hearing set for 1/20/2015 is stricken. Civil case terminated. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.